# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARLON HALL, ET AL. | * | |
| v. | * | Civil No. – JFM-14-2355 |
| DIRECTV, LLC, ET AL. | * | |

******

| | | |
|---|---|---|
| JAY LEWIS, ET AL. | * | |
| v. | * | Civil No. JFM-14-3261 |
| DIRECTV, LLC, ET AL. | * | |

******

**ORDER**

For the reasons stated in the attached memorandum it is, this 30th day of June 2015

ORDERED

1. Defendant's motion to dismiss is granted; and

2. These actions are dismissed.

_____
J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUN 30 AM 11: 46

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY